**Order filed March 19, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00180-CV
_____

**ROBERT WILLIAMS, Appellant**

**V.**

**PROPERTY FRAMEWORKS AS AGENT FOR RAFAEL ALICEA,**
**Appellee**

---

**On Appeal from County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1147730**

---

## O R D E R

This is an appeal from a judgment signed January 28, 2020. The notice of appeal was due February 27, 2020. *See* Tex. R. App. P. 26.1. Appellant, however, filed the notice of appeal on March 2, 2020, a date within 15 days of the due date for the notice of appeal. A motion for extension of time is necessarily implied when the perfecting instrument is filed within 15 days of its due date. *Verburgt v. Dorner,* 959 S.W.2d 615, 617 (Tex. 1997). Appellant did not file a motion to

extend time to file the notice of appeal. While an extension may be implied, appellant is still obligated to come forward with a reasonable explanation to support the late filing. *See Miller v. Greenpark Surgery Center Assocs., Ltd.*, 974 S.W.2d 805, 808 (Tex. App.—Houston [14th Dist.] 1998, no pet.).

Accordingly, we **ORDER** appellant to file a proper motion to extend time to file the notice of appeal on or before **10 days** after the date of this order. *See* Tex. R. App. P. 26.3;10.5(b). If appellant does not comply with this order, we will dismiss the appeal. *See* Tex. R. App. P. 42.3.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Spain.